IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00728-LTB

ANDRE DEARRIBA,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Lewis T. Babcock on November 1, 2017, incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final order is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant Nancy A. Berryhill and against Plaintiff Andre Dearriba.  It is

FURTHER ORDERED that Plaintiff's complaint and this civil action are DISMISSED WITH PREJUDICE.

DATED at Denver, Colorado this   3rd   day of November, 2017.

                              FOR THE COURT:

                              JEFFREY P. COLWELL, CLERK

                              By: s/Emily Buchanan
                              Emily Buchanan, Deputy Clerk